DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MILTON MOBLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D14-3673 and 4D14-3818

[May 25, 2016]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case Nos. 07-23871 CF10B and 09-3309 CF10C.

Carey Haughwout, Public Defender, and Jeffrey L. Anderson, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

*ON MOTION TO CERTIFY QUESTION OF*
*GREAT PUBLIC IMPORTANCE*

PER CURIAM.

We grant Appellee's April 27, 2016 Motion to Certify Question of Great Public Importance and certify the following question to the Florida Supreme Court:

IN A SITUATION WHERE THERE IS NO WARRANTLESS ARREST OR NOTICE TO APPEAR, CAN A WARRANT THAT DOES NOT ALLEGE A PROBATIONER COMMITTED A NEW CRIME BE CONSIDERED A WARRANT ISSUED UNDER SECTION 901.02 OF THE FLORIDA STATUTES FOR THE PURPOSE OF TOLLING A PROBATIONARY PERIOD PURSUANT TO SECTION 948.06(1)(f)?

STEVENSON, GROSS and FORST, JJ., concur.

*        *        *